# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen |
| v. | : | Mag. No. 25-8004 |
| SEAN MILLER | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Alina Habba, Acting United States Attorney for the District of New Jersey (Eli Jacobs, Assistant U.S. Attorney, appearing), and defendant Sean Miller (Candace Hom, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) from August 1, 2025, through September 30, 2025.

2. This is the third continuance that the has Court granted.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. Despite the exercise of diligence, the circumstances of this case require giving defense counsel and the Government a reasonable amount of additional time for effective preparation.

b. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this order is signed through September 30, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

/s/ Jessica S. Allen
HON. JESSICA S. ALLEN
United States Magistrate Judge

Dated: July 29, 2025

Form and entry consented to:

/s/ Eli Jacobs
Eli Jacobs
Assistant U.S. Attorney

/s/ Candace Hom (EJ)
Candace Hom, Esq.
Counsel for Sean Miller

/s/ Kendall R. Randolph (EJ)
Kendall R. Randolph
Deputy Chief, Organized Crime/Gangs Unit